JOHN BUHRENS, Respondent, *v.* THE DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Appellant.

(Submitted December 8, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judical department, entered upon an order

made July 11, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*John M. Scribner* for appellant.

*William H. Townley* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.